UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD M. HAYS, | ) |
|   Plaintiff, | ) No. CV-07-3049-CI |
| v. | ) ORDER GRANTING STIPULATED |
|   | ) MOTION FOR REMAND PURSUANT |
| MICHAEL J. ASTRUE, | ) TO SENTENCE FOUR OF 42 |
| Commissioner of Social Security, | ) U.S.C. 405(g) |
|   Defendant. | ) |

BEFORE THE COURT is the parties' Stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 26). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 5). After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council shall remand this case to the Administrative Law Judge (ALJ) to: (1) clarify Plaintiff's residual functional capacity (RFC); (2) obtain supplemental evidence from a vocational expert (VE) to clarify the effect of assessed

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 1

limitations on Plaintiff's occupational base; (3) determine, if necessary, whether Plaintiff has acquired any skills that are transferable to other occupations; (4) obtain VE testimony identifying examples of appropriate occupations at step five, as well as associated job incidence data; and (5) identify and resolve any conflicts between the occupational evidence proved by the VE and information contained in the DICTIONARY OF OCCUPATIONAL TITLES, as required by *Social Security Ruing* 00-4p. Plaintiff may also present new arguments and further medical evidence if such evidence becomes available.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated Motion for Remand **(Ct. Rec. 26)** is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED June 19, 2008.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE