UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD M. HAYS,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant. | NO.  CV-07-3049-CI<br><br>**JUDGMENT IN A<br>  CIVIL CASE** |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED this 19th day of June, 2008.

                                        JAMES R. LARSEN
                                        District Court Executive/Clerk

                                        s/ L. Stejskal
                                        Deputy Clerk